**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Lauren Earl and Coby Jones,** *Plaintiffs,* | § § § § | |
| **v.** | § § | **CASE NO. 1:26-CV-399-ADA-ML** |
| **WINGATE GP, LLC; WINGATE CORP.; THE WINGATE COMPANIES, LLC; and PARK PLACE ASSOCIATES LIMITED PARTNERSHIP,** *Defendants.* | § § § § § § § § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 8. Judge Lane recommends that this Court **DISMISS WITHOUT PREJUDICE** Defendants Wingate Corp. and Wingate GP from this case. *Id.* at 4. The report was filed on April 1, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Wingate Corp. and Wingate GP are hereby **DISMISSED WITHOUT PREJUDICE** from this matter.

**SIGNED** this 12th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE